# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herndon, David R. | U.S. District Court Southern District of Illinois | 04/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>01/07/2019 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue
East St. Louis, IL

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 38-127 |
| 2. | Trustee | Trust #3, Assets No 129-200 |
| 3. | Trustee | Trust #4, Assets No 201-211 |
| 4. | Trustee | Trust #5 Assets No 212-222 |
| 5. | Trustee | Trust #6, Assets No 223-233 |
| 6. | Director | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Illinois Judges Retirement System | $22,690.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | CoAdvantage Resources 51, Inc - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory Univ Law School | March 28, 2018 | Atlanta, Georgia | Conference | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Mid Bank and Trust | Construction Loan August 2018 | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First Mid-Illinois Bank Checking account | A | Interest | L | T | | | | | |
| 2. | Bank of Edwardsville Checking account | A | Interest | J | T | | | | | |
| 3. | IRA Account Pershing IRA Account (H) | | | | | | | | | |
| 4. | - (IRA) PayPal Hldgs Inc Com | | None | K | T | | | | | |
| 5. | - (IRA) PayPal Hldgs Inc Com | | | | | Sold (part) | 04/27/18 | K | E | |
| 6. | - (IRA) PayPal Hldgs Inc Com | | | | | Sold (part) | 04/30/18 | J | D | |
| 7. | - (IRA) Medtronic PLC Shs | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 8. | - (IRA) Alphabet Inc Cap Stk Cl A | | None | K | T | | | | | |
| 9. | - (IRA) American Express Comp | A | Dividend | K | T | | | | | |
| 10. | - (IRA) Avery Dennison Corp Com | A | Dividend | J | T | | | | | |
| 11. | - (IRA) Becton Dickinson & Co | A | Dividend | K | T | | | | | |
| 12. | - (IRA) Cisco Systems Inc | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 13. | - (IRA) ConAgra Brands Inc Com | A | Dividend | | | Buy | 09/21/18 | J | | see below for sale in same |
| 14. | - (IRA) ConAgra Brands Inc Com | | | | | Sold | 12/20/18 | J | | period at a loss. |
| 15. | - (IRA) DXC Technology Co Com | A | Dividend | | | | | | | |
| 16. | - (IRA) DXC Technology Co Com | | | | | Sold | 11/12/18 | J | | loss |
| 17. | - (IRA) DXC Technology Co Com | | None | J | T | Buy | 12/26/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Perspecta Inc Com | | None | | | Spinoff (from line 15) | 06/05/18 | J | | see below for sale in same |
| 19. - (IRA) Perspecta Inc Com | | | | | Sold | 06/05/18 | J | A | period. |
| 20. - (IRA) Intel Corp Com | A | Dividend | J | T | | | | | |
| 21. - (IRA) Morgan Stanley com New | A | Dividend | | | Buy | 04/27/18 | J | | |
| 22. - (IRA) Morgan Stanley com New | | | | | Buy (add'l) | 04/30/18 | J | | see below for sale in same |
| 23. - (IRA) Morgan Stanley com New | | | | | Sold | 10/12/18 | K | | period at a loss. |
| 24. - (IRA) Pepsico Inc Com | A | Dividend | K | T | | | | | |
| 25. - (IRA) Select Sector SPDR TR Technology | A | Dividend | | | Buy | 11/12/18 | J | | see below for sale in same |
| 26. - (IRA) Select Sector SPDR TR Technology | | | | | Sold | 12/26/18 | J | | period at a loss. |
| 27. - (IRA) Select Sector SPDR Tr Consumer Staples | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 28. - (IRA) Vanguard Whitehall Fds High Div Yield ETF | A | Dividend | | | Sold | 09/21/18 | K | C | |
| 29. - (IRA) Dreyfus Treasury Prime MM | A | Interest | K | T | | | | | |
| 30. IRA Account #2 Cambridge IRA (H) | | | | | | | | | |
| 31. - (IRA2) Liquid Insured Deposits Cash Money Fund | A | Interest | | | Distributed | 01/25/18 | J | | IRA2 was rolled into Ameri |
| 32. -(IRA2) Growth Fund of America | A | Dividend | J | T | Open | 01/29/18 | J | | can Funds IRA |
| 33. Cambridge Investment Acct (H) | | | | | | | | | |
| 34. - Liquid Insured Deposits Cash Money Fund | A | Interest | | | Closed | 01/24/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - The Bond Fund of America Fd #8 American Funds | | None | | | Sold | 01/02/18 | J | | |
| 36. - Capital World Growth & Income Fd #33 American Fd | B | Dividend | K | T | Buy (add'l) | 01/02/18 | J | | |
| 37. - Growth Fund of America Fd #5 American Funds | C | Dividend | K | T | Buy (add'l) | 01/29/18 | K | | |
| 38. 1. TRUST #1 Pershing Brokerage Account (H) | | | | | | | | | |
| 39. - Dreyfus Treasury Prime Inv MM | A | Interest | L | T | | | | | |
| 40. - Connecticut St Ser C 5% 11/1/21 B/E | C | Interest | | | Redeemed | 11/01/18 | L | A | |
| 41. - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | C | Interest | | | Redeemed | 08/01/18 | L | A | |
| 42. - Metropolitan Govt Nashville Davidson 5% 1/01/25 $50k | B | Interest | | | Redeemed | 01/02/18 | K | A | |
| 43. - Conroe Tex Indpt Sch Dist pre-refunded 5% 2/15/24 $35k | B | Interest | | | Redeemed | 10/10/18 | K | | loss |
| 44. - Conroe Tex Indpt Sch Dist unrefunded 5% 2/15/24 $115k | D | Interest | M | T | | | | | |
| 45. - Tennessee St Rfdg-Ser A 4% 08/1/25 | B | Interest | L | T | | | | | |
| 46. - Abilene Tex CTFS Oblig 5% 2/15/26 | B | Interest | L | T | | | | | |
| 47. - Washington St RFDG Var purp Ser R-2015 E 5% 7/1/26 | C | Interest | M | T | | | | | |
| 48. - Washington St Var Purp dtd 5% 8/1/26 | B | Interest | L | T | | | | | |
| 49. - Gainesville Fla Utils Sys Rev Ser A 5% 10/01/26 | B | Interest | L | T | | | | | |
| 50. - Arlington Tex Indpt Sch Sch Dist 5% 8/15/27 | D | Interest | M | T | | | | | |
| 51. - North Carolina St Pub Impt Ser A 5% 4/14/10 | C | Interest | | | Sold | 07/23/18 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Jackson Tenn Energy Auth Elec Sys Rfdg 5% 5/1/27 | C | Interest | L | T | | | | | |
| 53. - Germantown Tenn RFDG & Impt-Ser A 5% 06/01/27 | C | Interest | M | T | | | | | |
| 54. - Metropolitan Govt Nashville & Davidson 5% 7/1/27 | C | Interest | M | T | | | | | |
| 55. - Houston Tex Util Sys Rev Rfdg Comb first lien Ser D5% | B | Interest | L | T | | | | | |
| 56. - Columbia SC Wtrwks & Swr Sys Rev Bds 2012 5% | A | Interest | L | T | Buy | 11/02/18 | L | | |
| 57. - Indiana St Fin Auth Rev RFDG-St Revolving Green 5% | C | Interest | M | T | | | | | |
| 58. - Clear Creek Tex Indpt Sch Dist 5% 02/15/28 | C | Interest | L | T | | | | | |
| 59. - Washington St RFDG-Various purp ser R 2015E 5%07/01/28 dtd 2/4/15 | B | Interest | K | T | | | | | |
| 60. - Denton Tex Indpt Sch Dist RFDG 5% 8/15/282/15/25 | C | Interest | L | T | | | | | |
| 61. - Knox Cnty Tenn 5% 6/01/20 dtd 5/01/17 | C | Interest | L | T | | | | | |
| 62. - MGM Resorts Intl Sr Nt 6.75% 10/01/20 | B | Interest | K | T | | | | | |
| 63. - Nielsen Fin LLC 4.5% 10/01/20 | B | Interest | K | T | | | | | |
| 64. - L3 Technolologies Inc GTD Fixed SR Nt 4.95% | B | Interest | L | T | Buy | 09/07/18 | L | | |
| 65. - Woolworth Cpr[ Fxd Rt Deb 8.5% 01/15/22 | C | Interest | K | T | Buy | 01/19/18 | K | | |
| 66. - H C A Inc HCA Inc Gtd Sr Nt 7.5% 02/15/22 | B | Interest | K | T | | | | | |
| 67. - DXC Technology Co Fxd RT SR Nt 4.45% | A | Interest | K | T | Buy | 09/18/18 | K | | |
| 68. - Crown Castle Intl Corp Sr Nt 5.25% 01/15/22 | B | Interest | K | T | Buy | 01/16/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - PVH Corp Sr Nt 4.5% 12/15/22 dtd 12/20/12 | A | Interest | | | Redeemed | 01/05/18 | K | A | |
| 70. - Wells Fargo & Co new Medium Term Sr Nts 4.125% | B | Interest | K | T | | | | | |
| 71. - GoodYear Tire & Rubber Sr Nt 5.125% 11/15/23 | B | Interest | K | T | Buy | 01/08/18 | K | | |
| 72. - AON PLC shs Cl A | A | Dividend | K | T | | | | | |
| 73. - AON PLC shs Cl A | | | | | Buy (add'l) | 02/05/18 | J | | |
| 74. - Accenture PLC Ireland Shs Cl A ACN | A | Dividend | K | T | | | | | |
| 75. - Activision Blizzard Inc Com | A | Dividend | | | Buy | 09/21/18 | J | | |
| 76. - Activision Blizzard Inc Com | | | | | Sold | 11/12/18 | J | | loss |
| 77. - Activision Blizzard Inc Com | | | J | T | Buy | 12/26/18 | J | | |
| 78. - Alibaba Group Hldg Ltd Spons ADS | | None | J | T | | | | | |
| 79. - American Tower REIT com | B | Dividend | L | T | | | | | |
| 80. - Altria Group Inc Com | B | Dividend | | | Sold | 04/20/18 | K | | loss |
| 81. - Amazon Com INC | | None | K | T | | | | | |
| 82. - Apple Inc | B | Dividend | L | T | | | | | |
| 83. - Boeing Co Com | A | Dividend | K | T | Sold (part) | 01/08/18 | K | E | |
| 84. - Chevron Corp New Com | A | Dividend | K | T | Buy | 02/13/18 | K | | |
| 85. - Cisco Systems Inc | A | Dividend | K | T | Buy | 04/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - DXC Technology Co Com | | | | | Buy | 08/08/18 | J | | |
| 87. - DXC Technology Co Com | | | | | Sold | 11/12/18 | J | | loss |
| 88. - DXC Technology Co Com | | None | J | T | Buy | 12/26/18 | J | | |
| 89. - Disney Walt Co Disney Com | A | Dividend | K | T | | | | | |
| 90. - Dow Chem Co Com n/k/a DowDuPont Inc Com | A | Dividend | | | Sold | 09/21/18 | K | C | |
| 91. - Energy Transfer Equity L.P. | B | Distribution | K | T | | | | | |
| 92. - Enterprise Products Partners L.P. | B | Distribution | K | T | | | | | |
| 93. - Exxon Mobil Corp | B | Dividend | | | Sold | 02/13/18 | K | | loss |
| 94. - Flir Systems Inc | A | Dividend | | | Sold (part) | 09/07/18 | K | D | |
| 95. - Flir Systems Inc | | | | | Sold (part) | 10/31/18 | J | A | |
| 96. - Flir Systems Inc | | | | | Sold | 11/01/18 | J | A | |
| 97. - Honeywell Intl Inc | A | Dividend | K | T | Sold (part) | 04/30/18 | K | E | |
| 98. - Garrett Motion Inc Com | | | | | Spinoff (from line 97) | 10/03/18 | J | | Honeywell spin-off sold in |
| 99. - Garrett Motion Inc Com | | | | | Sold | 10/24/18 | J | A | same period. |
| 100. - Intel Corp Com | A | Dividend | J | T | | | | | |
| 101. - Intercontinental Exchange Inc | A | Dividend | K | T | | | | | |
| 102. - JP Morgan Chase & Co Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - JP Morgan Chase & Co Com | | | | | Buy (add'l) | 04/13/18 | J | | |
| 104. - Las Vegas Sands Corp Com | B | Dividend | K | T | | | | | |
| 105. - Microsoft Corp Com | B | Dividend | L | T | | | | | |
| 106. - Newell Brands Inc Com | B | Dividend | K | T | | | | | |
| 107. - Paychex Inc Common | A | Dividend | | | Sold | 04/19/18 | K | C | |
| 108. - Philip Morris Intl Inc Com | A | Dividend | | | Buy | 05/24/18 | J | | see below for sale in same |
| 109. - Philip Morris Intl Inc Com | | | | | Sold | 08/28/18 | J | | period at a loss. |
| 110. - Raytheon Co Common New | A | Dividend | K | T | | | | | |
| 111. - Resideo Technologies Inc com | | | | | Spinoff (from line 97) | 10/31/18 | J | | |
| 112. - S&P Global Inc Com | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 113. - Thermo Fisher Scientific Inc Com TMO | A | Dividend | L | T | | | | | |
| 114. - Total Sys Svcs Inc Com | A | Dividend | K | T | Buy | 08/22/18 | J | | |
| 115. - Total Sys Svcs Inc Com | | | | | Buy (add'l) | 11/01/18 | J | | |
| 116. - Unilever NV New York shs New | A | Dividend | K | T | Buy | 04/20/18 | J | | |
| 117. - Unilever NV New York shs New | | | | | Buy (add'l) | 09/07/18 | J | | |
| 118. - Waste Management Inc Del Com | A | Dividend | J | T | | | | | |
| 119. - Wells Fargo & Co New Com | A | Dividend | | | Sold | 02/06/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Williams Cos Inc Com | A | Dividend | | | Sold | 12/11/18 | J | | loss |
| 121. - KKR Finl Hldgs LLC PFD Ser A LLC | A | Distribution | | | Sold | 01/16/18 | J | | loss |
| 122. - Starwood Ppty Tr Inc Com | C | Dividend | K | T | | | | | |
| 123. - Alps ETF Tr Alerian MLP Etf | A | Dividend | | | Sold | 09/21/18 | J | A | |
| 124. - Select Sector SPDR TR Technology | | | | | Buy | 11/12/18 | J | | see below for sale in same |
| 125. - Select Sector SPDR TR Technology | | | | | Sold | 12/26/18 | J | | period at a loss |
| 126. - Select Sector SPDR Tr Communication Svcs | | | | | Buy | 11/12/18 | J | | see below for sale in same |
| 127. - Select Sector SPDR Tr Communication Svcs | | | | | Sold | 12/26/18 | J | | period at a loss. |
| 128. 2. TRUST #2 Distributed in 2017 (H) | | | | | | | | | |
| 129. 3. TRUST #3 Pershing Brokerage Account (H) | | | | | | | | | |
| 130. -Dreyfus Treasury Prime Money Market | A | Interest | K | T | | | | | |
| 131. -Accenture PLC Ireland Shs Cl A | A | Dividend | K | T | | | | | |
| 132. -Activision Blizzard Inc Com | A | Dividend | | | Buy | 09/21/18 | J | | |
| 133. -Activision Blizzard Inc Com | | | | | Sold | 11/12/18 | J | | loss |
| 134. -Activision Blizzard Inc Com | | | J | T | Buy | 12/26/18 | J | | |
| 135. -American Tower REIT | A | Dividend | K | T | | | | | |
| 136. -AON PLC Com Shs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Alibaba Group Hldg Ltd Spons ADS | | None | J | T | | | | | |
| 138. -Alphabet Inc Cap Stk Cl A | | None | J | T | | | | | |
| 139. -Altria Group Inc Com | A | Dividend | | | Sold | 04/20/18 | J | | loss |
| 140. -Amazon Com Inc | | None | J | T | | | | | |
| 141. -American Express Company | A | Dividend | J | T | | | | | |
| 142. -Apple Inc | A | Dividend | J | T | | | | | |
| 143. -Avery Dennison Corp Com | A | Dividend | J | T | Buy (add'l) | 02/13/18 | J | | |
| 144. -Becton Dickinson & Co | A | Dividend | J | T | | | | | |
| 145. -Boeing Co com | A | Dividend | J | T | | | | | |
| 146. -Boeing Co com | | | | | Sold (part) | 01/08/18 | J | D | |
| 147. -Chevron Corp New Com | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 148. -Cisco Systems Inc | A | Dividend | J | T | Buy | 05/17/18 | J | | |
| 149. -Conagra Brands Inc Com | A | Dividend | | | Buy | 06/14/18 | J | | see below for sale in same |
| 150. -Conagra Brands Inc Com | | | | | Sold | 12/20/18 | J | | period at a loss |
| 151. -DXC Technology Co Com | A | Dividend | | | | | | | |
| 152. -DXC Technology Co Com | | | | | Buy (add'l) | 02/13/18 | J | | |
| 153. -DXC Technology Co Com | | | | | Sold | 11/12/18 | J | | loss |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -DXC Technology Co Com | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 155. -Perspecta Inc Com | | | | | Spinoff (from line 151) | 06/05/18 | J | | |
| 156. -Perspecta Inc Com | | | | | Sold | 06/05/18 | J | | loss |
| 157. -Disney Walt Co Disney Com | A | Dividend | J | T | | | | | |
| 158. -DowDuPont Inc Com | A | Dividend | | | Sold | 09/21/18 | J | B | |
| 159. -Exxon Mobil Corp Com | A | Dividend | | | Sold | 02/13/18 | J | | loss |
| 160. -Flir Systems Inc | A | Dividend | | | | | | | |
| 161. -Flir Systems Inc | A | Dividend | | | Sold (part) | 09/07/18 | J | B | |
| 162. -Flir Systems Inc | A | Dividend | | | Sold | 10/31/18 | J | A | |
| 163. -Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 164. -Garrett Motion Inc Com | | | | | Spinoff (from line 163) | 10/03/18 | J | | |
| 165. -Garrett Motion Inc Com | | | | | Sold | 10/24/18 | J | A | |
| 166. -Illinois Tool Works Inc Com | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 167. -Intel Corp Com | A | Dividend | J | T | | | | | |
| 168. -Intercontinental Exchange Inc Com | A | Dividend | J | T | | | | | |
| 169. -JP Morgan Chase & Co Com | A | Dividend | J | T | | | | | |
| 170. -JP Morgan Chase & Co Com | | | | | Buy (add'l) | 04/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Kinder Morgan Inc Del Com | A | Dividend | J | T | | | | | |
| 172. -Las Vegas Sands Corp Com | A | Dividend | J | T | | | | | |
| 173. -Microsoft Corp Com | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 174. -Newell Brands Inc Com | A | Dividend | J | T | | | | | |
| 175. -PayPal Hldgs Inc Com | | None | K | T | | | | | |
| 176. -Pepsico Inc Com | A | Dividend | J | T | | | | | |
| 177. -Philip Morris Intl Inc Com | A | Dividend | | | Sold | 09/29/18 | J | loss | |
| 178. -Proctor & Gamble Co Com | A | Dividend | | | Sold | 06/14/18 | J | loss | |
| 179. -Raytheon Co Com New | A | Dividend | J | T | | | | | |
| 180. -Resideo Technologies Inc Com | | None | J | T | Spinoff (from line 163) | 10/31/18 | J | | |
| 181. -S&P Global Inc Com | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 182. -Stanley Black & Decker Inc Com | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 183. -Thermo Fisher Scientific Inc com | A | Dividend | K | T | | | | | |
| 184. -Total Sys Svce Inc Com | A | Dividend | J | T | Buy | 08/22/18 | J | | |
| 185. -Total Sys Svce Inc Com | | | | | Buy (add'l) | 11/01/18 | J | | |
| 186. -Unilever NV NY shs New | A | Dividend | J | T | Buy | 04/20/18 | J | | |
| 187. -Unilever NV NY shs New | | | | | Buy (add'l) | 09/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Waste Mgmt Inc Del Com | A | Dividend | J | T | | | | | |
| 189. -Wells Fargo & Co New Com | A | Dividend | | | Sold | 02/06/18 | J | A | |
| 190. -Starwood Ppty Tr Inc Com | A | Dividend | J | T | | | | | |
| 191. -IShares Tr Core S&P Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 192. -IShares Tr S&P Midcap 400 Value Index Fd | B | Dividend | L | T | | | | | |
| 193. -Select Sector Spdr Tr Technology | | | | | Buy | 11/12/18 | J | | |
| 194. -Select Sector Spdr Tr Technology | | | | | Sold | 12/26/18 | J | | loss |
| 195. -Select Sector Spdr Tr Communication Svcs Select | | | | | Buy | 11/12/18 | J | | |
| 196. -Select Sector Spdr Tr Communication Svcs Select | | | | | Sold | 12/26/18 | J | | loss |
| 197. -Select Sector Spdr Tr Consumer Staples | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 198. -Vanguard Intl Equity Index Fds FTSE Emerging Mrarkets | A | Dividend | K | T | Buy | 12/18/18 | K | | |
| 199. -Vanguard Index Funds | A | Dividend | K | T | Buy | 05/24/18 | K | | |
| 200. -WisdomTreeTr Emerging Mkts Small Cap AVG | A | Dividend | | | Sold | 12/18/18 | K | | loss |
| 201. 4. TRUST #4 Pershing Brokerage Account (H) | | | | | | | | | |
| 202. -Dreyfus Treasury Prime Inv Sh MM | A | Interest | J | T | | | | | |
| 203. -IShares Tr MSCI Emerging Mkts Index | A | Dividend | K | T | Buy | 05/23/18 | K | | |
| 204. -IShares Tr S&P Midcap 400 Value Index | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -IShares Inc MSCI Japan ETF New | A | Dividend | J | T | | | | | |
| 206.  -Powershares QQQ Tr Unit Ser 1 n/k/a Invesco QQQ | A | Dividend | K | T | | | | | |
| 207.  -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 (X) | A | Dividend | K | T | | | | | |
| 208.  -Vanguard Whitehall Fds High Div | A | Dividend | K | T | | | | | |
| 209.  -Vanguard Index Fds S&P 500 ETF VOO | B | Dividend | L | T | | | | | |
| 210.  -Vanguard Index Fds Vanguard Total Stk Mkt | A | Dividend | K | T | Buy | 05/23/18 | K | | |
| 211.  -WisdomTree Emerging Mkts Small Cap Avg | A | Dividend | K | T | | | | | |
| 212.  5. TRUST #5 Pershing Brokerage Account (H) | | | | | | | | | |
| 213.  -Dreyfus Treasury Prime Inv MM | A | Interest | J | T | | | | | |
| 214.  IShares Tr MSCI Emerging Mkts Index Fd | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 215.  -IShares Tr S&P Midcap 400 Value | A | Dividend | K | T | | | | | |
| 216.  -IShares Inc MSCI Japan ETF New EWJ | A | Dividend | J | T | | | | | |
| 217.  -Powershares QQQ Tr Unit Ser 1 n/k/a Invesco QQQ | A | Dividend | K | T | | | | | |
| 218.  -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | A | Dividend | J | T | | | | | |
| 219.  - Vanguard Whithall Fds High Div | A | Dividend | J | T | | | | | |
| 220.  -Vanguard Index Fds S&P 500 ETF | B | Dividend | L | T | | | | | |
| 221.  -Vanguard Index Fds Vanguard Total Stk Mkt ETF | A | Dividend | J | T | Buy | 05/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | A | Dividend | J | T | | | | | |
| 223. 6. Trust #6 Pershing Brokerage Account (H) | | | | | | | | | |
| 224. -Dreyfus Treasury Prime Inv MM | A | Interest | J | T | | | | | |
| 225. -IShares Tr MSCI Emerging Mkts Index Fd | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 226. -IShares Tr S&P MidCap 400 Value | A | Dividend | K | T | | | | | |
| 227. -IShares Inc MSCI Japan ETF New | A | Dividend | J | T | | | | | |
| 228. -PowerShares QQQ Tr Unit Ser 1 n/k/a Ivesco QQQ | A | Dividend | J | T | | | | | |
| 229. -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | A | Dividend | J | T | | | | | |
| 230. -Vanguard Whitehall Fds High Div | A | Dividend | J | T | | | | | |
| 231. -Vanguard Index Fds S&P 500 ETF | A | Dividend | K | T | | | | | |
| 232. -Vanguard Index Fds Vanguard Total Stk Mkt ETF | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 233. -WisdomTree Emerging Mkts Small Cap Avg DGS | A | Dividend | J | T | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 04/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dreyfus Treasury Prime Inv Money Market Account

IRA  Dreyfus MM reported on line 29
Trust #1 on line  39
Trust #3 on line 130
Trust #4 on line 202
Trust #5 on line 213
Trust #6 on line 224

Lines 29, 39, 130, 202, 213 and 224 Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Trust #2 has no assets.  Trust #2 was fully distributed in 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544